ORDERED UNSEALED on 08/22/2023 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARCOS MARCIANO CARDENAS,<br><br>Defendant. | Case No.: '23 MJ2995<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm;<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Ammunition; |

The undersigned complainant being duly sworn states:

COUNT 1

On or about August 2, 2023, within the Southern District of California, defendant, MARCOS MARCIANO CARDENAS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Smith and Wesson, .45 caliber revolver, bearing serial number S94363; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2

On or about August 2, 2023, within the Southern District of California, defendant, MARCOS MARCIANO CARDENAS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: three (3) rounds of Winchester .45 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Jeffrey Wakelin
Special Agent Jeffrey Wakelin
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16th day of August 2023.

Hon. Steve B. Chu
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On August 2, 2023, San Diego Police Department officers attempted to make a traffic stop on a 2013 Mercedes Benz driven by CARDENAS for several vehicle code violations, including failure to stop at a stop sign. CARDENAS stopped his vehicle in a driveway, fled on foot into the backyard of a nearby residence, and evaded capture. Officers were able to observe CARDENAS's clothes and tattoos as he fled on foot.

Immediately after CARDENAS fled the vehicle, officers ran up to the driver's door where they observed two open alcoholic containers. Officers then opened the driver door of the vehicle and discovered a blue backpack obstructing the driver pedals of the vehicle. A pat down of the backpack was conducted which led officers to believe a firearm was inside. Officers retrieved a loaded Smith and Wesson .45 caliber revolver, bearing serial number S94363 from the backpack loaded with three (3) rounds of Winchester .45 caliber ammunition.

During a search of the area where CARDENAS fled, a witness was found who observed CARDENAS jump into their backyard and drop a white bloodstained paper sleeve that contained debit/credit cards with the name Marcos CARDENAS on them.

Surveillance video retrieved from a citizen that resides near the area where CARDENAS fled, captured CARDENAS as he hopped a fence into and out of the resident's yard at or near the time of the foot pursuit. CARDENAS' face, hand wound, and tattoos are visible in the surveillance video.

Officers contacted the owner of the 2013 Mercedes Benz, who stated they discovered the vehicle missing on August 2, 2023. The owner stated they did not leave any weapons in the vehicle, nor did they give anyone permission to drive the vehicle.

On August 3, 2023, SDPD officers observed CARDENAS exit a residence in Chula Vista and attempted to contact him. CARDENAS immediately fled on foot and was taken into custody a short distance away. CARDENAS had a cut on his left hand consistent with the injury observed the day prior.

Preliminary records checks revealed that CARDENAS has the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 02/19/2010 | CASC- San Diego SCD223087 | PC211/PC12022 (b)(1)- Robbery/ Use deadly Weapon | 4 Years Prison |
| 12/03/2014 | CASC- San Diego SCD257567 | PC273A(A)-Child Cruelty PC30305(A)(1)-Prohibited in Possesion of Ammunition & VC2800.2(A)-Evade Peace Officer/Disregard Safety | 64 months<br><br>3 years |
| 08/24/2020 | Southern District of California | 8 USC 1324 (a)(1)(A)- Alien Smuggling | 51 months BOP custody & 3 years supervised Probation |

The firearm and ammunition were inspected. Preliminary checks revealed the firearm and ammunition were not manufactured in California. Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the

defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.